IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT § | |
| AND PETITION OF BROWN WATER § | |
| TOWING I, INC. AND BROWN WATER § | C.A. No. 08-0068 |
| MARINE SERVICES, INC., IN A § | |
| CAUSE FOR EXONERATION FROM § | |
| OR LIMITATION OF LIABILITY § | |

## ORDER

On this day the Court held an initial pretrial conference in the above-styled action and ordered as follows:

(1) The parties shall be realigned as follows:

   a. Plaintiff: Adolfo Tamez

   b. Defendants: Brown Water Towing I, Inc., Brown Water Marine Services, Inc., and T.W. LaQuay Dredging, Inc.

(2) Plaintiff Tamez shall be examined by a single independent medical examiner. Defendants Brown Water Towing, Brown Water Marine and LaQuay shall pay all costs associated with the examination.

(3) Plaintiff Tamez voluntarily abandons his claim that venue in the Southern District of Texas, Corpus Christi Division is improper.

(4) The parties may use discovery collected in the state court proceeding for purposes of this federal court action. The Court will consider objections to any discovery obtained in the state court proceeding as they arise.

SIGNED and ORDERED this 9th day of June, 2008.

_____
Janis Graham Jack
United States District Judge